Robert B. Jobe (Cal. State Bar #133089)
LAW OFFICE OF ROBERT B. JOBE
550 Kearny Street, Ste. 200
San Francisco, CA 94108
Tel:   (415) 956-5513
Fax:   (415) 840-0308
Email: bob@jobelaw.com

**E-Filed 10/28/2009**

Attorney for Plaintiff.

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KULWANT SINGH,<br><br>   Plaintiff,<br><br>   v.<br><br>GERARD HEINAUER, ET AL.,<br><br>   Defendants. | No.   CV 09-4294 JF HRL<br><br>PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL; [PROPOSED] ORDER |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff, Kulwant Singh, through counsel, requests that his complaint for a writ of mandamus and declaratory and injunctive relief, currently pending before the Court, be dismissed without prejudice.  Because Defendants have granted his application for adjustment of status, Mr. Singh is no longer alleging that the Defendants are unlawfully delaying adjudication of his application.

WHEREFORE, Plaintiff prays that this Court allow him to voluntarily dismiss his complaint, without prejudice.

Motion for Voluntary Dismissal and [Proposed] Order
No.      CV 09-4294 JF HRL

| | | |
|---|---|---|
| 1 | DATED: October 23, 2009 | /s/ |
| 2 | | _____ |
| | | Robert B. Jobe |
| | | LAW OFFICE OF ROBERT JOBE |
| 3 | | 550 Kearny Street, Ste. 200 |
| | | San Francisco, CA 94108 |
| 4 | | (415) 956-5513 |
| 5 | | Attorney for Plaintiff |

### [PROPOSED] ORDER

IT IS HEREBY ORDERED that Plaintiff's motion for dismissal of the action without prejudice be granted.

DATED: 10/28/2009

_____
JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

Motion for Voluntary Dismissal and [Proposed] Order
No.      CV 09-4294 JF HRL